IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Criminal No. 10-236 |
| ERIC E. NELSON, | ) | |

## ARRAIGNMENT PLEA

Defendant ERIC E. NELSON

being arraigned, pleads guilty to

count one in open court

this 22nd day of December, 2010.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)