IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 10-236 |
| | ) | |
| ERIC E. NELSON | ) | |

## GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS

AND NOW, comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Jessica Lieber Smolar, Assistant United States Attorney for said district, and respectfully files the following Government's Position with Respect to Sentencing Factors in accordance with the United States Sentencing Commission, <u>Guidelines Manual</u>, Section 6A1.2:

1. The undersigned counsel has reviewed the Pre-Sentence Report in the instant case.

2. The government has no objections, modifications or additions to the Pre-Sentence Report. However, it is noted that counsel for the government has requested from counsel for defendant Dr. Coufal's report and notes cited in the Pre-Sentence Report at paragraphs 46-48 and, to date, has not received production of said report or notes.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: s/Jessica Lieber Smolar
JESSICA LIEBER SMOLAR
Assistant United States Attorney
PA ID No. 65406
U.S. Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Office: 412-644-3500
Fax: 412-644-2645
Email: Jessica.Smolar@usdoj.gov