# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **Criminal No.: 10-236** |
| ) | |
| v. ) | |
| ) | |
| ERIC NELSON, ) | |
| ) | |
|     **Defendant.** ) | |

**DEFENDANT'S RESPONSE TO THE PRESENTENCE REPORT**

Filed on behalf of: Defendant
**Eric Nelson**

Counsel of Record for this Party:

Ronald W. Hayward, Esquire
PA. I.D. No. 20608

**LAW OFFICES OF
DAVID S. SHRAGER**
1310 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
(412) 391-3754

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 10-236 |
| | ) | |
| ERIC NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RESPONSE TO THE PRESENTENCE REPORT

**AND NOW**, comes the Defendant, Eric Nelson, by and through his attorney, Ronald W. Hayward, Esquire, and respectfully makes the following Response to the Presentence Report, averring as follows:

In paragraph 44, the Presentence Report states that the Defendant had a vasectomy at Forbes Hospital in Monroeville, Pennsylvania. The Defendant's vasectomy was performed at UPMC Monroeville, not Forbes Hospital.

The Defendant, Eric Nelson, has no other objections, modifications or additions to the Presentence Report.

    Respectfully submitted,
    /s/ Ronald W. Hayward
    Ronald W. Hayward, Esquire

    Pa. I.D. #20608
    **SHRAGER LAW OFFICES**
    1310 Allegheny Building
    429 Forbes Avenue
    Pittsburgh, PA 15219
    (412) 391-3754

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 10-236 |
| | ) |
| ERIC NELSON, | ) |
| | ) |
| Defendant. | ) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within Defendant's Response to the Presentence Report was served upon the following on the 9th day of March, 2011, via e-filing upon the following:

The Honorable Joy Flowers Conti
U.S. Post Office and Courthouse
7th and Grant Street
Pittsburgh, PA 15219

Jessica Smolar, A.U.S.A.
700 Grant Street
Pittsburgh, PA 15219

Lawrence Harkins
U. S. Probation Officer
700 Grant Street
Suite 3330
Pittsburgh, PA 15219

/s/ Ronald W. Hayward
Ronald W. Hayward, Esquire
Attorney for Defendant
Eric Nelson