March 29, 2011

Dear Honorable Judge Conti,

My name is Rodney Nelson and I am writing to you in regards to my uncle, Mr. Eric Nelson. I am currently studying mechanical engineering at Case Western Reserve University in Cleveland, Ohio. This May, I will graduate and begin my career with Rockwell Automation, a leader in industrial control and automation. After speaking with Eric, I understand the severity of his offense but ask that you consider my first-hand account of who Eric Nelson is to me as an uncle and a mentor.

Since the age of five I can recall a dozen or more times when I stood in front of my grandma and heard, "boy you look more and more like your uncle Eric every time I see you". Early on, I adored my uncle's loquacious character and frequent smile. He spent summer picnics and Christmas gatherings at my grandma's house playing wiffle ball and arranging train sets with my cousins and I. Eric dedicated a summer to teaching my closest cousin KC and I the finer points of bowling in a summer league, traveling from Pittsburgh to Uniontown each week. He knew everyone in the league on a first name basis after the first few weeks. When he missed a week it seemed as if their game missed a beat.

When I was not a part of my uncle's behavior I was observing it. I knew he was an astute individual from the way he talked among my relatives about politics or with my Dad about his latest car project. As an aspiring mechanical engineer, I connected with Eric's self taught mechanical knowledge showcased in his garage full of rebuilt cars. Eric always asked about school, providing encouragement through boarding school and college when my coursework had me stressed. Eric's intellectual aptitude reflects in his two bright young daughters Amanda and Sabrina. Amanda is shy like her mother but Sabrina's talkative, cheerful behavior is a product of her father's influence.

I strongly believe that Eric's character impacts the lives of his many friends and close family members daily. I hope that this letter has helped you understand who Eric is and has been to those around him.


Thank you for your time and consideration,
Sincerely,

Rodney Nelson
2296 South Overlook Rd.
Cleveland, OH 44106

Your Honor,

My name is Bailey Emory. I am 15 years old, and live in Uniontown, Pennsylvania with my father. I am writing to you in concern of Eric Nelson, my uncle. I have heard the situation that he is in, and I am aware that it is not a good one. But, I'd like it if you really thought about the decision that you will make.

As long as I can remember, my uncle has always been there for me. He has supported me through many things in life, and he's always there when I need a good laugh. Never once have I felt, let's just say "creeped out", by him. I have never heard him ever speak about bad things like that, and I could never imagine hearing words like that come out of his mouth.

Also, I know how much he cares about his wife, and two daughters. His kids mean the world to him, and I know they look up to him. Growing up with divorced parents, I know what it feels like to not see my dad. If I wasn't able to see him for years at a time, I don't know what I would do. I don't want my little baby cousins to go through that pain, because I have seen the damage that it caused to my sister. They deserve to have a father figure in their lives, and his heart would be broken if he knew that he wasn't around for birthdays, Christmas, even when he tucks them into bed at night. He is a great father, and it's obvious to anyone. He would jump in front of a bullet for them, and is just an overall great father.

I truly hope this letter makes you think twice about your decision. People make mistakes in life, but I feel that he, and everyone who loves him, does not deserve this pain. If you think about it in your shoes, I'm sure you'd feel the same way about a close relative. Thank you for your time, and again, please reconsider your decision.


Sincerely,

Bailey Emory

To Your Honorable Judge Conti
Pittsburgh, Pennsylvania

My name is Janet Nelson (Jr.) and I am writing on behalf of my brother, Mr. Eric E. Nelson. I am one of five siblings in the Nelson family with "pecking order" of an oldest brother, then three sisters, and finally my youngest brother, Eric.
While Eric had three older sisters doting after him and mothering him, as I was closest in age to him with only two years between us, Eric was in essence "my baby".

I recall wonderful childhood days of play at every stage of our youth no matter where our family lived. From snowball forts and battles in upstate Newyork to massive forts created in our bedrooms in Uniontown, PA, Eric was always there with incredible fantastic ideas and laughter all the way. He was always a team player in our family, chasing down parts or pieces of whatever we happened to be creating that day!

I also remember when things didn't go quite as planned. When my sister and he collided on their bicycles and she was injured enough for a trip to the local hospital, Eric was as always kind and compassionate. Never thinking of himself and his injuries, he worried about my sister and quietly and humorously consoled her until the drive to the hospital. He swore to buy her a new bike (even at his young age)., certain the accident was his fault.  Kindness of heart and compassion are two traits that have followed him throughout his adult life.

Later, in the family business, this was also true. Eric exhibited nothing but kindness, compassion, fairness, honesty and integrity and always with laughter and a sense of humor. I remember clearly how he detested making credit calls as he dreaded "being mean" to a customer even though they were past due on their account. (He soon moved into sales!)

As we all grew older, married and started our own families I watched my younger brother grow into a wonderful young husband and then father. His kind heart and compassion were always evident with both his children and my own. He was always there to play the crazy games, get right into the action and judiciously referee any arguments. He was also the first to offer a hug or wipe away any tears if needed. NEVER did I witness any inappropriate behavior with his own daughters or any of his nieces and nephews. Eric was such a phenomenal parent, playing "Mister Mom" to his own girls, that I never once hesitated leaving my girls in his care. I knew that they would be amused and entertained, fed, loved and kept feeling safe. Never once did I worry about their safety in any manner. With Eric's watchful eye, I was able to walk away with absolutely no concerns.

I am divorced and basically raised my daughters as a single parent. I realize the awful impact it has left upon my girls to be without a father. To see this happen to my nieces, Eric's young daughters, would be tragic and nothing more than devastating to them.

Through our lengthy discussions since this incident came to light, my brother has expressed nothing but remorse and has taken accountability for what he has done. He has never been "in trouble" previously and I see him posing no threat to himself, his family or society in general. Again, his absence would only create a terrible hardship to his young daughters. I beg for leniency for my brother as you consider his sentencing.

Sincerely,

Janet Rae Nelson (Jr)

March 23, 2011

Honorable Judge Conti,

My name is Julie Nelson and I am writing to you in support of Eric Nelson, my uncle. I grew up in Uniontown, Pennsylvania, but now reside in Federal Way, Washington where I am an undergraduate at the University of Puget Sound. Before my move away from home, I had a very close relationship with my extended family, including Eric Nelson. Our family was constantly together for holidays and birthdays. Given these facts, I would like to inform you of my view of Eric Nelson.

Growing up, my uncle was often around all of the children in my family. He would help us with hobbies such as train sets, play baseball or badminton with us, or play board games with us at family gatherings. I have never felt anything other than familial love for my uncle and he has never put me in any situation that has made me feel differently.

In respect to his two daughters, Amanda and Sabrina, I have never seen such an amazing father figure. He has always been kind, gentle, caring, loving, and fatherly to his girls. He supports and loves them more than anything and it would be a shame to take away not only their father, but their best friend. I would like you to consider the negative consequence of taking a father away from two young, happy children. As a child of two divorces, I believe that nothing positive would happen if their father was taken away. Thus, please consider what I have said while continuing the sentencing of Eric Nelson.

Thank you,

Julie Nelson
2224 SW 352nd St Apt C
Federal Way, WA 98023

Honorable Judge Conti

Your honor, my name is Alexander Moore. I am a Second Lieutenant in the United States Army commissioned out of the United States Military Academy at West Point. I understand that you are currently presiding over a case involving a man by the name of Eric Nelson. He is the Uncle of my girlfriend Julie and I have had several chances to interact with him over the past two years. After learning of the case and the circumstances surrounding the case I was stunned. I could not believe what I was hearing when I learned of the severity and nature of the charges being brought against him. I felt it was my duty to submit something to attest to his character as I do not want to see a family needlessly broken apart over such an incident.

Being in the military and coming out of a military academy does not make me a perfect judge of character by any means. However, I have learned much about camaraderie and brotherhood, about the sacrifices that individuals make for one another, and I believe that this has given me a more keen eye towards honest and genuine individuals. In that sense, Eric Nelson is one of the most honest and genuine individuals that I have ever met. In the time that I have spent with Eric, I have seen a loving father who goes out of his way to take care of his wife and daughters and ensure that they want for nothing, a friend who bends over backwards to help out friends and family alike, and as stated before, someone who you can meet once and feel as if you have known for years, someone who takes a concerted interest in the lives of everyone he meets; a genuine individual. A prime example of this would be when I first met Eric. He learned that I was moving to Georgia for a few months to conduct training and was the first to offer me a helping hand in moving and a place to stay in my travels without knowing where my route would take me or how much I had to move. He stayed up late the night before my training started and helped load my vehicle to get me on my way. He said that he did not want to leave until he knew I was set to travel.

There are an abundance of stories about Eric just like this one but in the interest of keeping this character statement short and to the point I will suggest that while Eric is trustworthy, genuine and caring, he is also a human being. Like all of us, he makes mistakes. Sometimes these mistakes are small and go unnoticed and sometimes these are larger and we must deal with the consequences. However, in this situation I do not feel that doing hard time in jail will benefit or reform Eric. On the contrary I feel that it will destroy a close knit and loving family unnecessarily. Eric is not a criminal, he is not a pervert or a sex offender. He is a family man. I only ask that if you do happen to read this statement, that you take this and the other character statements into consideration before making your decision. Thank you Sir.


Respectfully,

2LT Moore, Alexander J.

1

S6 OIC, 4-23IN 2BDE 2ID

724-550-5471

March 21, 2011

Dear Honorable Judge Conti,

My name is Jamie Nelson, and I am writing to you on behalf of my uncle, Mr. Eric Nelson. Currently, I live in Medford, Massachusetts and am employed as the Assistant Manager at the Bunker Hill Community College Bookstore in Charlestown, Massachusetts. However, I grew up in Uniontown, Pennsylvania and was in frequent contact with Mr. Nelson during visits to my grandmother's house as a child and for family gatherings. I am writing this letter to give a description of my uncle's character and ask you to evaluate him based on his good and kind nature.

Eric was an integral part of my upbringing. My family has always been very close and supportive of one another, and, as my father's youngest sibling, Eric acted as a friendly cohort for me. He often set up train sets around Christmastime for his nieces and nephews to enjoy, and was known to do small magic tricks that made me laugh. Eric would always be ready with a joke to tell me and would ask how I was doing in school. At no time did my uncle show anything other than familial care for myself, my younger brother, and all of my cousins.

As an adult, my witness to Eric's interactions with his own children has shown me nothing other than his appropriate paternal affection for his daughters. Nothing would be worse for my cousins than to have their father, who is a constant positive force and caretaker in their lives, taken away from them. I truly believe that Mr. Eric Nelson is not a threat to society, his family, or his children in any way and I beg you to consider my opinion as you continue on with sentencing.


Thank you for your time and consideration.
Sincerely,

Ms. Jamie Nelson
16 Bowen Ave. #3
Medford, MA 02155

Lara L. Kocerka
324 Tavistock Drive
St. Augustine, Florida 32095

March 24, 2011

Honorable Judge Conti:

My name is Lara L. Kocerka and I am the niece of Eric E. Nelson. I am writing this letter on his behalf and to support his case.

As one of "Uncle E's" nieces, I have always been proud to have him as an uncle. He has continually shown his support throughout my life, giving me unconditional love along the way. Uncle Eric is a kind, generous man, with a caring heart and gentle demeanor. In our family, Uncle Eric is the adventerous softy, always up for a laugh and the first to greet you with a smile. He is a loyal husband, encouraging father and kind soul.

Please, your Honor, understand that Eric is not only my uncle, but a wonderful second father-figure I've been lucky to have in my life for twenty-five years.

Thank you for your time,

*Lara L. Kocerka*

Lara L. Kocerka

Heidi N. Kocerka
445 Ocean Forest Drive
St. Augustine, Florida 32080


March 24, 2011


Dear Honorable Judge Conti:

My name is Heidi Kocerka and I am writing this letter on behalf of my brother, Eric Nelson.

I am forty-nine years old and work full time in sales. My two children, Jack and Lara, are grown and are established in their lives.

I live next door to my parents and my sister lives in the neighborhood as well. Family has always been a priority and even though we are all spread across the coutry, we remain very close. Eric and my two other siblings still reside in the Pittsburgh area.

When my second child was born, I lived far from all of my family. My son, Jack, at the time was two. I had terrible problems with my pregnancy and my daughter Lara was born quite prematurely. At the time, Eric was living with us. While my husband was working and tending to me and my daughter, Eric took the reins and took care of my son. I knew that Jack was in good hands. Uncle Eric (or uncle Dee Dee, as my son called him) fed, clothed, entertained, read to and loved my little boy like his own. Never once did I worry that my child was in harms way. Eric has always been wonderful with children. He is kind, gentle and has a wonderful sense of humor. My children love their Uncle Eric and still laugh about his motorcycle riding days.

Eric is the primary care taker of his two daughters. I can honestly say they are two of the sweetest most well adjusted little girls I have ever been around. He and Connie have done and are doing a phenomenal job in the upbringing of their daughters.

I beg of you, your Honor, to please be lenient. I know how much his daughters need him.

Sincerely,

Heidi N. Kocerka

Heidi N. Kocerka

Dear Honorable Judge Conti,

    I am writing this letter on behalf of my very dear and close friend Eric Nelson. Eric and I met when my brother Chris took me to Eric's hobby shop some 13 years ago. Chris and Eric were the best of friends. In the time between then and 2008 Eric, Chris and I all got together when we could. In 2006 Chris was diagnosed with cancer, and in June of 2008 he lost his battle with the disease. In the months prior to Chris' death, he couldn't have asked for a better friend than Eric. I couldn't be with Chris as much as I wanted to, but Eric was always there. If Chris needed a ride to the hospital, doctor, or anywhere, he always knew that he could count on Eric, and I always knew that Eric was there for him when I couldn't be. Eric was there for Chris with emotional and financial support, if Eric hadn't been there for Chris, I don't think Chris would have fought the battle for as long as he did.

    In the events following Chris' death, Eric has helped me tremendously in more ways than I can mention. I can say that without Eric's help, I would not have been able to deal with the circumstances following Chris' death. Once again Eric was there with very much needed emotional support. Eric has since filled the void that was left when my brother passed away. We live 2 hours apart and try to see each other as much as we can. We have become very close friends. Eric is the kind of guy that you could ask for anything, and without any hesitation whatsoever, he would do anything he could to fulfill that request. He is also the kind of guy that you would do anything, for without having to worry about anything. He is trustworthy, kind, generous and just an all around great guy.

    I have seen Eric with his children, and you can just tell that he loves them dearly. You can tell how family oriented he is by the way his children act, they are very polite, well mannered, good in school, and the kind of kids any parent would be proud to have. Eric is always there for his children. He is there when they get home from school to help with homework and to hear about their day, he is there in the morning to help with breakfast and getting the kids off to school. I have seen Eric with other children also, and would trust him completely with them.

    I realize that what Eric did was wrong, and a punishment must be imposed, but please think about the punishment he has already had to endure. Besides the financial hardships that have been imposed on him already, I know that Eric is embarrassed, ashamed, remorseful, and truly sorry for what he did. He has had to tell his family and friends about the situation. He has had to spend time away from his children. He has to get permission to visit anyone out of state. He has had to deal with the emotional stress of being incarcerated, being away from his family, how to provide for his family while he is away, among other things, since this started.

    Please try to minimize the time that Eric will have to spend away from his children, wife, family and friends. I know I can truly say that in my heart, I know Eric will never do anything like this again, ever.

Thank you for your time,

Fredric M. Marlis
USN Veteran