# UNITED STATES DISTRICT COURT

for the

WESTERN DISTRICT OF PENNSYLVANIA

## Petition for Warrant or Show Cause Hearing for Offender Under Supervision

| | | |
|---|---|---|
| Offender: | Eric E. Nelson | Docket No.:2:10CR00236 |
| Sentencing Judge: | Joy Flowers Conti, Senior United States District Judge | |
| Date of Original Sentence: | May 16, 2011 | |
| Original Offense: | 18 U.S.C. § 2252(a)(4)(B) Possession of Material Depicting the Sexual Exploitation of a Minor | |
| Original Sentence: | 60 months of imprisonment; 300 months of supervised release | |
| Special conditions: | Special Assessment, DNA testing, Sex Offender Registration, Sex Offender Treatment, No Contact with Minors, Search/Seizure, Computer Search, Computer/Internet Restrictions, Forfeiture, Fine, No Possession of Child Pornographic Materials, Polygraph Examination | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: December 31, 2015 |
| Prior Court History: | None | |

## PETITIONING THE COURT

☐ To Issue a Warrant
☐ Petition and Warrant sealed until arrest
☑ To Schedule a Show Cause Hearing
☐ No Bond is set
☐ To Issue a Summons
☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

VIOLATION

**The defendant shall participate in a mental health and/or sex offender treatment program, approved by the probation officer, until such time as the defendant is released from the program by the Court. The defendant shall abide by all program rules, requirements, and conditions of the sex offender treatment program, including submission to polygraph testing; said testing shall continue throughout the term of supervision in order to monitor and ensure compliance with the conditions of supervision. Further, the defendant shall be required to contribute to the costs of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. The Probation Office is authorized to release the defendant's presentence report to the treatment provider if so requested.**

NATURE OF NONCOMPLIANCE

Mr. Nelson has been attending sex offender treatment with Sentinel Treatment and Consultation Services, LLC since March 16, 2016. He submitted to a maintenance and monitoring polygraph examination on August 16, 2018, which he failed. He was scheduled to take a follow up polygraph examination on February 13, 2019, which he failed to attend. When asked why he did not show up for his polygraph, he indicated he did not want to take the exam. He further indicated that he would no longer submit to polygraph examination for the duration of his supervised release. He was subsequently unsuccessfully discharged from sex offender treatment on February 20, 2019.

The offender has a mental health condition that he refuses to address despite prompting from his probation officer and sex offender therapist. He has a diagnosis and his condition is not being managed at this juncture. Due to Mr. Nelson's refusal to comply with the aforementioned special condition of supervised release, the Probation Office respectfully recommends that a hearing be scheduled with the Court for the defendant to Show Cause as to why supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Terrell L. Lewis
U.S. Probation Officer

Approved By: _____
Marcus J. White
Supervisory U.S. Probation Officer
Date: 2/21/2019

**THE COURT ORDERS:**

☐ No Action

☐ The Issuance of a Warrant and:

  ☐ Petition and Warrant sealed until arrest
  ☐ No Bond is set
  ☐ Bond is set at _____
  ☐ Bond is at the discretion of the Magistrate Judge

☐ That the (probationer/supervised releasee) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised releasee) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked. The (probationer/supervised releasee) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☐ Other : _____

_____
Joy Flowers Conti, Senior United States District Judge

_____
Date